# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MENDELL, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No: 19-cv-1227 BAS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE AND EXTEND PAGE LIMITS**<br><br>**[ECF No. 52]** |

　　　　Plaintiff Mendell filed a motion for class certification on June 5, 2020.  The parties now jointly move to extend the briefing schedule for the motion and to request extended page limits for the opposition and reply briefs.  (ECF No. 52.)  The extension of time is requested due to complications related to the COVID-19 pandemic and Defendant's need to depose Plaintiff's expert witness.  The parties also state they have agreed to extend the page limits for the briefs.  The Court notes that simply because parties stipulate to filing lengthier briefs does not establish good cause for them to do so.  However, a review of the pending motion and attachments leads the Court to find good cause to allow an extension for page limits.  Good cause appearing, the Court **GRANTS** the Joint Motion as follows:

1  Defendant's opposition, not to exceed 35 pages, is to be filed on or before August 4, 2020
2  at 5:00 p.m.  Plaintiff's reply, not to exceed 15 pages, is to be filed on or before September
3  14, 2020 at 5:00 p.m.  No oral argument will be held on the motion unless the Court orders
4  otherwise.

5  **IT IS SO ORDERED.**

6  DATED: June 19, 2020

Hon. Cynthia Bashant
United States District Judge