# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MENDELL,<br><br>                  Plaintiff,<br><br>  v.<br><br>AMERICAN MEDICAL RESPONSE, INC.,<br><br>                  Defendant. | Case No. 19-cv-01227-BAS-KSC<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO DISMISS (ECF No. 93)** |

Pending before the Court is the parties' joint motion to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 93.) The parties have settled the claims and seek to dismiss Plaintiff's individual claims with prejudice and the class claims without prejudice. Good cause appearing, the Court **GRANTS** the joint motion. The Court **ORDERS** all of Plaintiff's claims against Defendant American Medical Response, Inc. be dismissed with prejudice and the putative class's claims be dismissed without prejudice. Each party is to bear their own attorneys' fees and costs.

    **IT IS SO ORDERED.**

**DATED: September 10, 2021**

Hon. Cynthia Bashant
United States District Judge